# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY S. NOONAN IRA, LLC; AND LP FINANCIAL INC.,
        Appellants,

vs.

THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
        Respondents.

_____

THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
        Cross-Appellants,

vs.

RIVENDELL HOMEOWNERS ASSOCIATION,
        Cross-Respondent.

No. 71365

FILED

SEP 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING CROSS-APPEAL

Pursuant to the stipulation of the parties to the cross-appeal, and cause appearing, the cross-appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. J. Charles Thompson, Senior Judge
       Lansford W. Levitt, Settlement Judge
       The Law Office of Mike Beede, PLLC
       Akerman LLP/Las Vegas
       Eighth District Court Clerk